# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH, EDUCATION AND WELFARE, et al.,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-00970-SAB<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff Melvin Joseph Simmons ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. 　　The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application to Plaintiff;

2. 　　Within forty-five (45) days of the date of service of this order, Plaintiff shall either (1) submit the attached application to proceed *in forma pauperis*, completed and signed, or (2) pay the $402.00 filing fee for this action;

3. 　　No requests for extensions will be granted without a showing of good cause; and

///

4. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __June 30, 2023__

UNITED STATES MAGISTRATE JUDGE