UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH, EDUCATION AND WELFARE, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00970-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR RELIEF, DENYING MOTIONS FOR JOINDER, DISMISSING ACTION FOR BEING FRIVOLOUS AND FOR FAILING TO STATE A COGNIZABLE CLAIM, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 6, 7, 8, 13, 14, 15) |

    The assigned Magistrate Judge issued Findings and Recommendations recommending that: Plaintiff's complaint be dismissed without leave to amend pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous, and for failing to state a cognizable claim; that Plaintiff's motion for relief (Doc. 6) be denied; that Plaintiff's motion for joinder (Doc. 7) be denied; that Plaintiff's motion for joinder (Doc. 8) be denied; and that this action be dismissed. (Doc. 14.)  Plaintiff objected. (Doc. 15.)

    Pursuant to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file including the filed objections, which do not meaningfully address the magistrate judges' reasoning, the Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 14, 2023 (Doc. 14), are **ADOPTED IN FULL**.
2. Plaintiff's complaint is dismissed without leave to amend pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous, and for failing to state a cognizable claim.
3. Plaintiff's motion for relief (Doc. 6) is **DENIED**.
4. Plaintiff's motion for joinder (Doc. 7) is **DENIED**.
5. Plaintiff's motion for joinder (Doc. 8) is **DENIED**.
6. This action is **DISMISSED** with prejudice.
7. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE